CONNECTICUT HOUSING FINANCE AUTHORITY *v.* MATTIE MURRELL ET AL.
(10575)

DUPONT, C. J., and HEIMAN and HENNESSY, Js.

Argued March 15—decision released April 18, 1995

*Theodore A. Lubinsky,* for the appellant (named defendant).

*Patrick T. Hulton,* with whom, on the brief, was *Christopher J. Fagan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.